Magistrate Judge Creatura

```
FILED          LODGED
      RECEIVED
  APR 30 2018
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                       DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff

v.

DONALD ROBERT HARTTLET,

Defendant.

CASE NO. MJ18-5109

COMPLAINT for VIOLATION

Title 21, United States Code, §§ 841(a)(1), 841(b)(1)(B) and 841(b)(1)(C), and Title 18, United States Code, §§ 922(g)(1), 924(a)(2), 924(c)(1)(A), and 2

BEFORE J. Richard Creatura, United States Magistrate Judge, Tacoma, Washington.

## COUNT 1

### (Possession with Intent to Distribute Controlled Substances)

On or about April 16, 2018, at Tacoma, within the Western District of Washington, DONALD ROBERT HARTTLET knowingly and intentionally did possess with intent to distribute, and did aid and abet such possession with intent to distribute, methamphetamine, heroin, and cocaine, substances controlled under Title 21, United States Code, Section 812.

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1    The United States further alleges that this offense involved five (5) grams or more

2  of methamphetamine, its salts, isomers, and salts of its isomers, or fifty (50) or more

3  grams of a mixture and substance containing a detectable amount of methamphetamine,

4  its salts, isomers, and salts of its isomers.

5    All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B),

6  and 841(b)(1)(C), and Title 18, United States Code, Section 2.

7

8                                  **COUNT 2**

9         **(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**

10    On or about April 16, 2018, at Tacoma, within the Western District of

11  Washington, DONALD ROBERT HARTTLET knowingly and intentionally possessed,

12  and did aid and abet the possession of, a firearm, to wit:

13    • a Springfield Amory, model XD9, 9mm caliber semi-automatic pistol, serial

14       number US921265; and

15    • a Glock, model 19, 9mm caliber semi-automatic pistol, serial number

16       BCRV407;

17  in furtherance of a drug trafficking offense for which he may be prosecuted in a Court of

18  the United States, to wit, Possession with Intent to Distribute Controlled Substances, as

19  charged in Count 1.

20    All in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

21

22

23

24

25

26

27

28

COMPLAINT / U.S. v. Donald Harttlet - 2
*2018R00510*

## COUNT 3

### (Felon in Possession of a Firearm)

On or about April 16, 2018, at Tacoma, within the Western District of Washington, DONALD ROBERT HARTTLET, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:

- *Unlawful Possession of a Controlled Substance (Cocaine) (SCH II)*, case number 13-1-00204-5, in the Superior Court of Pierce County, Washington, dated March 5, 2013;
- *Theft in the First Degree* and *Assault in the Third Degree*, case number 12-1-01652-8, in the Superior Court of Pierce County, Washington, dated March 5, 2013;
- *Unlawful Possession of a Controlled Substance (Methamphetamine) (SCH II)*, case number 14-1-00120-9, in the Superior Court of Pierce County, Washington, dated January 28, 2014;
- *Attempted Unlawful Possession of a Controlled Substance (Methamphetamine) (SCH II)*, case number 14-1-01512-9, in the Superior Court of Pierce County, Washington, dated May 20, 2014; and
- *Attempted Unlawful Possession of a Controlled Substance with Intent to Deliver (Heroin) (SCH I)* and *Unlawful Possession of a Firearm in the Second Degree*, case number 14-1-04357-2, in the Superior Court of Pierce County, Washington, dated February 11, 2015;

did knowingly possess, and did aid and abet the possession of, a firearm, to wit:

- a Springfield Amory, model XD9, 9mm caliber semi-automatic pistol, serial number US921265; and
- a Glock, model 19, 9mm caliber semi-automatic pistol, serial number BCRV407;

which had previously traveled in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1   And the Complainant states that this Complaint is based on the following

2   information:

3   I, Andriy I. Vavilin, being duly sworn, depose and state, that I am a Special Agent

4   (SA) with the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF), United States

5   Department of Justice, and have been so employed since July of 2017.  I am a law

6   enforcement officer of the United States, and am empowered by law to conduct

7   investigations of, and to make arrests for, offenses against the United States, as codified

8   at Title 18, United States Code, Section 3051.  I have completed the Federal Law

9   Enforcement Training Center Criminal Investigative Program and the ATF National

10   Academy Special Agent Basic Training Program in Brunswick, Georgia.  Prior to

11   becoming an ATF Special Agent, I graduated from Rowan University and received a

12   Bachelor's of Arts Degree in Law & Justice (Summa Cum Laude).  From 2014 to 2017, I

13   was employed as a Police Officer with the United States Capitol Police.

14   I obtained the following information through personal observations, and through

15   information provided to me by other law enforcement officers and via police reports, and

16   through discussions with other agents and officers who are familiar with the investigation

17   of Donald Robert HARTTLET, born in 1989.  I have also participated in conducting

18   background investigations, including criminal histories, pertaining to the investigation for

19   the offense(s) described above.  As a result, I am familiar with all aspects of this

20   investigation.  Since I am submitting this affidavit for the limited purpose of establishing

21   probable cause, however, I have not included each fact known to me concerning this

22   investigation.

23   On April 16, 2018 at approximately 12:50 p.m., members of the Washington State

24   Department of Corrections (DOC) were conducting surveillance at the Econo Lodge

25   Hotel located at 8820 S. Hosmer Street, Tacoma, Washington.  DOC officers witnessed

26   Adam P. Healy walk from a black BMW (bearing Washington license plate BEK1265)

27   and enter room 117 of the Econo Lodge Hotel.  Healy had an active DOC felony warrant.

28

COMPLAINT / U.S. v. Donald Harttlet - 4
*2018R00510*

1    DOC Officer Stephen Moffitt knocked and announced at room 117 three times and
2    stated that the door would be forced open if nobody answered.  Officer Moffitt did not
3    receive a response, so he used a key card obtained from the front desk to open the door.
4    Inside the room, DOC officers contacted defendant Donald HARTTLET, and another
5    man ("W.E.P.").  Upon entry, Officer Moffitt immediately noticed aluminum foil, a
6    digital scale, and a large black rock of a tar-like substance, which later field-tested
7    positive for the presence of heroin, on the nightstand between the two beds in the room.
8    Both HARTTLET and W.E.P. were detained.  Healy was not located in the room.

9        Defendant HARTTLET was also on active DOC supervision.  HARTTLET has a
10   condition of supervision that states he may not possess any controlled substance, as well
11   as one that prohibits him from possessing firearms and ammunition.  Officer Moffitt read
12   HARTTLET his *Miranda* warning from a DOC issued card.  HARTTLET then informed
13   Officer Moffitt that he stayed in the room the previous night.  HARTTLET stated that
14   W.E.P. did not reside in the room and that he was just visiting.  HARTTLET also
15   informed Officer Moffitt that he slept in the bed on the right side of the room (closest to
16   the door), and that everything on that bed to include a black backpack was his.

17       On the bed directly next to the black backpack, Officer Moffitt observed a pistol
18   magazine pouch containing two pistol magazines loaded with 9mm ammunition, as well
19   as some more aluminum foil.  HARTTLET advised Officer Moffitt that the clothes on the
20   bed on the left side of the room were also his.  HARTTLET stated that "Ray" also stayed
21   in the room, but said he did not know his full name.  Officer Moffitt asked HARTTLET
22   who the narcotics belonged to, to which HARTTLET replied that he did not know.

23       Parked outside of the room was a black BMW (Washington license plate
24   BEK1265), which was registered to another individual ("S.L.M.").  Officer Moffitt had
25   previously witnessed defendant HARTTLET driving that same BMW to report to the
26   DOC office.  HARTTLET informed Officer Moffitt that he had driven the vehicle to the
27   Econo Lodge on April 15, 2018.  Officer Moffitt asked HARTTLET if there was

28

COMPLAINT / U.S. v. Donald Harttlet - 5
*2018R00510*

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1   anything in the vehicle that would violate his conditions of supervision, to which

2   HARTTLET replied, "No." HARTTLET then provided consent to search the vehicle.

3        DOC Officer Zachary Johnson conducted a search of the above-described BMW.

4   Officer Johnson recovered a pistol magazine loaded with ten rounds of 9mm ammunition

5   from the driver's door compartment. Officer Johnson recovered another single round of

6   9mm ammunition from the center console, and three rounds of 9mm ammunition from

7   the trunk. Additionally, Officer Johnson recovered a small digital scale from under the

8   driver's seat of the vehicle.

9        Officer Moffitt received permission from DOC Community Corrections

10  Supervisor Randi Unfred to conduct a search of the room. During the search, DOC

11  officers located one 9mm round of ammunition inside the top of the aforementioned

12  black backpack on the right side bed. Additionally, DOC officers recovered the pistol

13  magazine pouch containing two pistol magazines loaded with 9mm ammunition, and two

14  cell phones. From the top of the nightstand, DOC officers recovered approximately 47.8

15  grams of black tar-like substance that field-tested positive for the presence of heroin.

16  Also on the nightstand, DOC officers recovered a straw and aluminum foil (commonly

17  used to smoke heroin and other drugs), and a digital scale (commonly used to weigh

18  illegal drugs for distribution). Inside the nightstand drawer was a wallet containing

19  HARTTLET's Washington State Identification and $768 in U.S. currency.

20       DOC officers also recovered a firearm from under the bed (specifically between

21  the mattress and the box spring) on the right side of the room (closest to the door). The

22  firearm was a Glock, Model 19, 9mm caliber pistol, bearing serial number BCRV407. It

23  was fully loaded with a 31-round extended magazine ("clip") inserted inside, and had a

24  round in the chamber.

25       DOC officers also located a Springfield Armory, Model XD9, 9mm caliber pistol,

26  bearing serial number US921265, also with an extended magazine. That firearm was

27  found between the box spring and the mattress of the bed on the left side of the room

28  (furthest from the door). Next to that firearm, Officer Moffitt recovered a small black

COMPLAINT / U.S. v. Donald Harttlet - 6
*2018R00510*

1   bag.  Inside the bag were the following items:  a plastic bag containing approximately

2   10.3 grams of white powdery substance that field-tested positive for cocaine; a plastic

3   bag containing approximately 100.8 grams of a crystal-like substance that field-tested

4   positive for methamphetamine; two plastic baggies containing a total of approximately

5   14.2 grams of black tar-like substance that field-tested positive for heroin; and a small

6   clear bag containing multiple empty plastic baggies of the type commonly used to

7   package illegal drugs for distribution.  Additionally, Officer Moffitt recovered two more

8   extended pistol magazines loaded with multiple rounds of 9mm ammunition, which were

9   found on the floor on the left side of the bed.  A total of approximately 101 rounds of

10  9mm ammunition were found inside the hotel room.

11      Tacoma Police Department (TPD) Officer Clark arrived on scene and checked

12  whether the firearms were stolen.  Both were.  The above Glock 9mm caliber pistol was

13  confirmed stolen (reference TPD case number 1730401695).  The Springfield Armory

14  9mm caliber pistol was also confirmed stolen (Everett PD case number 2016-101927).

15      Officer Moffitt asked defendant HARTTLET about the possession of the firearms

16  and narcotics, at which time HARTTLET stated that they were not his.  Officer Moffitt

17  asked HARTTLET whether he thought that with his identification, and only his

18  belongings in the room, would a reasonable person believe that the firearms and narcotics

19  were his.  HARTTLET's response was, "Yes, I guess they would, but it is not my stuff."

20      Officer Moffitt also interviewed W.E.P., who informed Officer Moffitt that he was

21  just visiting the room.  W.E.P. stated that he was saying in room 102 at the Econo Lodge.

22  Officer Moffitt asked W.E.P. if he had any property in this room (117), to which W.E.P.

23  stated that he just had a black backpack on the floor.  W.E.P. provided DOC officers with

24  consent to look inside the backpack.  DOC officers did not see any contraband or seize

25  any items from the backpack.  W.E.P. also informed Officer Moffitt that he did not know

26  to whom the narcotics on the nightstand belonged.  Officer Moffitt asked W.E.P. if

27  anyone else was in the room, to which W.E.P. responded that he did not know because he

28  had just arrived.  W.E.P. was thereafter released.

COMPLAINT / U.S. v. Donald Harttlet - 7
*2018R00510*

1    ATF Special Agent Jonathan Hansen was contacted and arrived on scene.  Based

2    on SA Hansen's knowledge and experience as a certified Interstate Nexus Expert, he

3    determined that the above-referenced Glock and Springfield Armory pistols are both

4    "firearms" as defined by federal law, and that neither of them were manufactured in the

5    State of Washington.  As a result, each of those firearms must have traveled in, and

6    thereby affected, interstate or foreign commerce, in order to be received or possessed in

7    the State of Washington.

8    I have reviewed copies of criminal history printouts and Felony Judgment and

9    Sentence documents, showing that defendant Donald HARTTLET has been convicted for

10   the following crimes, each punishable by imprisonment for a term exceeding one year:

- *Unlawful Possession of a Controlled Substance (Cocaine) (SCH II)*, case number 13-1-00204-5, in the Superior Court of Pierce County, Washington, dated March 5, 2013;
- *Theft in the First Degree* and *Assault in the Third Degree*, case number 12-1-01652-8, in the Superior Court of Pierce County, Washington, dated March 5, 2013;
- *Unlawful Possession of a Controlled Substance (Methamphetamine) (SCH II)*, case number 14-1-00120-9, in the Superior Court of Pierce County, Washington, dated January 28, 2014;
- *Attempted Unlawful Possession of a Controlled Substance (Methamphetamine) (SCH II)*, case number 14-1-01512-9, in the Superior Court of Pierce County, Washington, dated May 20, 2014; and
- *Attempted Unlawful Possession of a Controlled Substance with Intent to Deliver (Heroin) (SCH I)* and *Unlawful Possession of a Firearm in the Second Degree*, case number 14-1-04357-2, in the Superior Court of Pierce County, Washington, dated February 11, 2015.

Based on the foregoing, I respectfully submit that there is probable cause to

believe that Donald Robert HARTTLET, committed the crimes of:  Felon in Possession

of a Firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and

924(a)(2); and Possession of Controlled Substances (Cocaine, Methamphetamine, and

Heroin) with Intent to Distribute, in violation Title 21, United States Code, Sections

COMPLAINT / U.S. v. Donald Harttlet - 8
2018R00510

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1    841(a)(1), 841(b)(1)(B), and 841(b)(1)(C); and Possession of a Firearm in Furtherance of

2    a Drug Trafficking Crime, in violation of Title 18, United States Code, Section

3    924(c)(1)(A).

4

5

6                                                    ANDRIY I. VAVILIN, Complainant

7                                                    Special Agent, ATF

8

9

10

11          Based on the Complaint and Affidavit sworn to before me, and subscribed in my

12   presence this _3 0ᴛʜ_ day of April, 2018, the Court hereby finds that there is probable

13   cause to believe the defendant committed the offenses set forth in the Complaint.

14

15

16

17                                                   J. RICHARD CREATURA

18                                                   United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28

COMPLAINT / U.S. v. Donald Harttlet - 9
2018R00510